A. J. Johnson and F. L. Lipscomb, Partners as Johnson & Lipscomb, Plaintiffs in Error, v. A. G. Cheshire, Defendant in Error.

Filed February 15, 1916.

Writ of Error from Circuit Court, Taylor County; M. F. Horne, Judge.

Judgment affirmed.

*Davis & Diamond,* for Plaintiffs in Error;

*W. T. Hendry* and *H. W. Whitnell,* for Defendant in Error.

Louen N. Green, Plaintiff in Error, v. Donald E. McIver and George Mackay, co-partners doing business as McIver & Mackay, Defendants in Error.

Filed February 15, 1916.

Writ of Error to Circuit Court, Marion County; W. S. Bullock, Judge.

Judgment affirmed.

*L. N. Green,* in *pro per.*

*Anderson & Anderson,* for Defendants in Error.